IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01719-RPM

CLAIRBOURNE WASHINGTON,

     Plaintiff,

v.

UNITED AIRLINES, INC.,

     Defendants.

_____

ORDER VACATING REFERENCE TO MAGISTRATE JUDGE
_____

     Pursuant to reassignment of this case to this Court, it is

     ORDERED that the Order of Reference to United States Magistrate Judge entered by Judge Brimmer on July 7, 2011, is vacated.

     DATED:   July 15th, 2011

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge