IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01719-RPM

CLAIRBOURNE WASHINGTON,

    Plaintiff,
v.

UNITED AIRLINES, INC.,

    Defendants.

_____

### ORDER OF DISMISSAL WITH LEAVE TO AMEND
_____

On August 5, 2011, the defendant filed a motion to dismiss under Fed.R.Civ.P. 12(b)(6) on the ground that the complaint, filed on June 30, 2011, lacks sufficient factual allegations to support a claim for relief. The plaintiff filed his response on August 12, 2011, and the defendant's reply was filed August 29, 2011. The complaint is not sufficient under Fed.R.Civ.P. 8(a). Accordingly, it is

ORDERED that the complaint is dismissed and the plaintiff shall have to and including September 19, 2011, within which to file an amended complaint.

DATED:   August 30th, 2011

                                                    BY THE COURT:

                                                    s/Richard P. Matsch
                                                    _____
                                                    Richard P. Matsch, Senior Judge