# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01719-RPM

CLAIBOURNE WASHINGTON,

    Plaintiff,

v.

UNITED AIR LINES, INC., a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** has come before the Court on the Joint Stipulation for Dismissal with Prejudice filed by the parties. The Court, being fully advised, hereby approves the Stipulation and

**ORDERS** that the above-captioned action is dismissed with prejudice, each named party to bear their own attorneys' fees and costs.

Date: March 12th, 2012

                                    BY THE COURT:

                                    s/Richard P .Matsch

                                    _____
                                    United States District Judge

5437501_1.DOCX